UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| V. | ) | CAUSE NO. 1:20-mj-0390 |
| APRIL E. HAYWORTH, | ) -01 | |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), 18 U.S.C. § 2 Possession with Intent to Distribute Morphine | NMT 20 | NMT $1,000,000 | NLT 3 Years |
| 2 | 21 U.S.C. § 846 Conspiracy to Distribute Morphine | NMT 20 | NMT $1,000,000 | NLT 3 Years |
| 3 | 18 U.S.C. § 2118(b) Burglary Involving Controlled Substances | NMT 20 | NMT $250,000 | NMT 3 Years |
| 4 | 18 U.S.C. § 2118(d) Conspiracy to Commit Burglary Involving Controlled Substances | NMT 10 | NMT $250,000 | NMT 3 Years |

Dated: _____

_____
APRIL E. HAYWORTH
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana